| AO 10<br>Rev. 1/2009 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| I. Person Reporting (last name, first, middle initial)<br><br>King, George H. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>May 12, 2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active – United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01\|01\|2008<br>to<br>12\|31\|2008 |
| 7. Chambers or Office Address<br><br>Roybal Fed. Bldg., Suite 660<br>255 E. Temple Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 10: 22 RECEIVED FINANCIAL DISCLOSURE OFFICE

King_George_H

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[x] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 Financial Credit Union-FCU | A | Div./Int. | J | T | | | | | |
| 2. (In Trust #1) Real Estate Prescott, AZ | D | Rent | N | S | | | | | |
| 3. Transamerica Life Ins. Co. Acct (X) | A | Int. | J | T | | | | | |
| 4. Wells Fargo Money MKT. | A | Int. | J | T | | | | | |
| 5. Adventrx Pharmaceuticals Inc. (DC) | | None | J | T | | | | | |
| 6. Aegean Marine Petroleum Network Inc. | A | Div. | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-26-08 | J | A | |
| 7. Agria Corp. | | None | | | Buy | 3-24-08 | J | | |
| | | | | | Sold | 4-3-08 | J | B | |
| 8. Ajiscu Ramen | | None | J | T | Buy | 11-24-08 | J | | |
| 9. Altria Group, Inc. (See: Philip Morris) | | | | | | | | | |
| 10. Ambac Finl Group Inc. | | None | | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | A | |
| 11. AMR Corp Del | | None | | | Buy | 5-7-08 | J | | |
| | | | | | Sold | 5-27-08 | J | | |
| 12. Anhui Expressway | | None | J | T | Buy | 10-7-08 | J | | |
| | | | | | | 10-28-08 | J | | |
| 13. Apache Corp | A | Div. | | | Buy | 10-8-08 | J | | |
| | | | | | Sold | 11-7-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 P4=More than $50,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 14. | Applied Energetics | None | | J | T | | | | | |
| 15. | Asian Environment Holdings Ltd. | None | | J | T | Buy | 9-22-08 | J | | |
| 16. | Bangkok Bank Public Co Ltd . | None | | J | T | Buy | 11-28-08 | J | | |
| 17. | Bangkok Dusit Medical Services Co Ltd | None | | J | T | Buy | 11-28-08 | J | | |
| 18. | Barclays BK PLC Ipath ETN LKD NT LKD (Agri) | None | | | | Buy | 1-15-08 | K | | |
| | | | | | | | 1-23-08 | J | | |
| | | | | | | | 1-29-08 | K | | |
| | | | | | | Sold | 3-25-08 | K | A | |
| 19. | Barclays BK PLC (India) | None | | | | Buy | 4-8-08 | K | | |
| | | | | | | Sold | 5-23-08 | K | A | |
| 20. | Barclays BK PLC (Metals) | None | | | | Buy | 4-14-08 | J | | |
| | | | | | | Sold | 5-27-08 | J | | |
| 21. | Barclays BK PLC (Natural Gas) | None | | | | Buy | 1-17-08 | K | | |
| | | | | | | | 1-23-08 | J | | |
| | | | | | | | 1-25-08 | K | | |
| | | | | | | | 1-28-08 | K | | |
| | | | | | | | 2-1-08 | J | | |
| | | | | | | Sold | 3-25-08 | L | D | |
| | | | | | | | 4-3-08 | L | D | |
| 22. | Beijing Capitol Airport | None | | J | T | Buy | 9-15-08 | J | | |
| | | | | | | | 10-7-08 | J | | |
| 23. | BHP Billiton Ltd. | None | | J | T | Buy | 9-16-08 | J | | |
| 24. | Chaoda Modern | None | | J | T | Buy | 10-16-08 | J | | |
| | | | | | | | 11-26-08 | J | | |

1  Income/Gain Codes:  A=$1,000 or less        B=$1,001 - $2,500      C=$2,501 - $5,000      D=$5,001-$15,000       E=$15,001 - $50,000
   (See Col. B1, D4)    F=$50,001 - $100,000    G=$100,001 - $1,000,000  H1=$1,000,001 - $5,000,000  H2=More than $5,000,000

2  Value Codes:         J=$15,000 or less        K=$15,0001-$50,000      L=$50,001 - $1000,000   M=$100,001 - $250,000
   (See Col. C1, D3)    N=$250,001 - $500,000    O=$500,001 - $1,000,000  P1=$1,000,001 - $5,000,000  P2=$5,000,001 - $25,000,000
                        P3=$25,000,001 - $50,000,000                      P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal             R=Cost (real estate only)  S=Assessment           T=Cash/Market
   (See Col. C2)        U=Book value            V=Other                  W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 25. China Construction Bank | | None | J | T | Buy | 11-20-08 | J | | |
| 26. China East Airlines Ltd. | | None | | | Buy | 2-7-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | Sold | 3-11-08 | J | | |
| 27. China Foods Ltd. | A | Div. | J | T | Buy | 10-17-08 | J | | |
| | | | | | | 11-24-08 | J | | |
| 28. China Life Ins. Co. Ltd. | | None | | | Buy | 2-11-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | | 4-4-08 | K | | |
| | | | | | Sold | 3-3-08 | K | B | |
| | | | | | | 4-22-08 | K | A | |
| 29. China Lyurun Food | | None | J | T | Buy | 11-20-08 | J | | |
| 30. China Overseas Land & Investment Ltd. | | None | J | T | Buy | 11-20-08 | J | | |
| 31. China Petroleum & Chem Corp. | | None | | | Buy | 4-4-08 | K | | |
| | | | | | Sold | 4-22-08 | K | A | |
| 32. China Water Affairs Group | | None | J | T | Buy | 11-25-08 | J | | |
| 33. CitiGroup Inc | | None | | | Buy | 1-7-08 | J | | |
| | | | | | | 1-9-08 | K | | |
| | | | | | Sold | 1-7-08 | J | A | |
| | | | | | | 1-11-08 | K | B | |
| 34. CLV8 (Crude Oil Oct. 2008 futures) | | None | | | Buy | 9-15-08 | L | | |
| | | | | | Sold | 9-15-08 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Companhia Vale Do Rio Doce Spons ADR | A | Div. | J | T | Buy | 1-9-08 | K | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 8-14-08 | K | | |
| | | | | | | 9-26-08 | J | | |
| | | | | | | 10-20-08 | J | | |
| | | | | | Part Sold | 1-11-08 | K | A | |
| | | | | | | 2-26-08 | K | B | |
| | | | | | | 3-5-08 | J | A | |
| | | | | | | 11-7-08 | J | | |
| 36. CTRIP Com Intl Ltd American Dep Shs | | None | | | Buy | 4-28-08 | J | | |
| | | | | | | 5-9-08 | J | | |
| | | | | | | 10-21-08 | J | | |
| | | | | | Sold | 5-23-08 | K | | |
| | | | | | | 11-6-08 | J | A | |
| 37. Currencyshares Austrailian Dlr TR Austrailian Dollars Shs | B | Div. | L | T | Buy | 4-3-08 | L | | |
| | | | | | | 4-10-08 | K | | |
| | | | | | | 7-09-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Part Sold | 5-27-08 | L | C | |
| | | | | | | 11-6-08 | L | | |
| 38. CurrencyShares CDN Dlr Tr (Canadian Dollars) | A | Div. | | | Buy | 4-8-08 | K | | |
| | | | | | | 7-09-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Sold | 4-15-08 | K | | |
| | | | | | | 10-14-08 | L | | |
| 39. Currencyshares Euro TR Euro Shs | A | Div. | | | Buy | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 7-09-08 | L | | |
| | | | | | Sold | 2-12-08 | K | | |
| | | | | | | 9-29-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 P4=More than $50,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 40. Currencyshares Japanese Yen TR Japanese Yen Shs | | None | K | T | Buy | 1-22-08 | K | | |
| | | | | | | 2-11-08 | K | | |
| | | | | | | 3-20-08 | K | | |
| | | | | | | 4-3-08 | L | | |
| | | | | | | 4-7-08 | L | | |
| | | | | | | 7-9-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Part Sold | 2-25-08 | K | A | |
| | | | | | | 2-28-08 | K | A | |
| | | | | | | 3-24-08 | L | B | |
| | | | | | | 4-23-08 | L | | |
| | | | | | | 10-9-08 | L | C | |
| 41. Currency shares Swiss Franc TR Swiss Franc Shs | A | Div. | K | T | Buy | 1-29-08 | K | | |
| | | | | | | 3-20-08 | L | | |
| | | | | | | 4-3-08 | L | | |
| | | | | | | 7-9-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Part Sold | 2-12-08 | K | A | |
| | | | | | | 3-24-08 | L | C | |
| | | | | | | 4-23-08 | L | | |
| | | | | | | 10-9-08 | L | | |
| 42. Diana Shipping Inc. | | None | | | Buy | 2-6-08 | K | | |
| | | | | | Sold | 2-25-08 | K | A | |
| 43. Dongfong Electric | | None | J | T | Buy | 11-20-08 | J | | |
| 44. Dynasty Fine Wines | A | Div. | J | T | Buy | 10-7-08 | J | | |
| | | | | | | 10-29-08 | J | | |
| | | | | | | 11-2-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 45. ESU8 (S&P mini futures) | | None | | | Buy | 9-9-08 | L | | |
| | | | | | | 9-10-08 | L | | |
| | | | | | | 9-11-08 | L | | |
| | | | | | Sold | 9-10-08 | L (1 contract) | | |
| | | | | | | 9-15-08 | M (2 contracts) | | |
| 46. ESZ8 (S&P mini futures) | | None | | | Buy | 10-29-08 | L | | |
| | | | | | | 10-31-08 | L | | |
| | | | | | Sold | 10-29-08 | L | A | |
| | | | | | | 10-31-08 | L | A | |
| 47. Euros (ForEx–short position in USD) | | None | | | Buy | 11-25-08 | K | | |
| | | | | | Sold | 12-15-08 | K | B | |
| | | | | | | 12-18-08 | J | A | |
| 48. Fidelity Cash Reserves | D | Div. | L | T | | | | | |
| 49. Focus Media Hldg Ltd. | | None | | | Buy | 2-28-08 | K | | |
| | | | | | | 3-10-08 | J | | |
| | | | | | | 3-26-08 | J | | |
| | | | | | | 3-27-08 | J | | |
| | | | | | | 5-22-08 | K | | |
| | | | | | Sold | 5-21-08 | K | | |
| | | | | | | 5-23-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.  Foster Wheeler LTD SHS New | | None | | | Buy | 1-9-08 2-15-08 | K J | | |
| | | | | | Sold | 1-11-08 2-25-08 | K J | A A | |
| 51.  Freeport McMoran Copper & Gold Inc. | A | Div. | J | T | Buy | 9-09-08 9-19-08 | J J | | |
| 52.  Gamestop Corp. | | None | | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | A | |
| 53.  GCV8 (gold futures) | | None | | | Buy | 10-24-08 | M (3 con- tracts) | E | |
| | | | | | Sold (short) | 10-9-08 10-24-08 | L (1 con- tract) M (2 con- tracts) | | |
| 54.  Gold Fields Ltd. ADR | | None | | | Buy | 4-10-08 | J | | |
| | | | | | Sold | 5-22-08 | J | A | |
| 55.  Hainan Meiland Airport | | None | J | T | Buy | 10-7-08 10-16-08 | J J | | |
| 56.  Harvest Energy TR Units | B | Div. | | | Buy | 1-25-08; 1-29-08 2-1-08 | K K K | | |
| | | | | | Sold | 6-2-08 | K | C | |
| 57.  HCA | | None | J | T | | | | | |

---

1  Income/Gain Codes:   A=$1,000 or less    B=$1,001 - $2,500    C=$2,501 - $5,000    D=$5,001-$15,000    E=$15,001 - $50,000
    (See Col. B1, D4)    F=$50,001 - $100,000    G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000    H2=More than $5,000,000

2  Value Codes:    J=$15,000 or less    K=$15,0001-$50,000    L=$50,001 - $1000,000    M=$100,001 - $250,000
    (See Col. C1, D3)    N=$250,001 - $500,000    O=$500,001 - $1,000,000   P1=$1,000,001 - $5,000,000    P2=$5,000,001 - $25,000,000
                P3=$25,000,001 - $50,000,000             P4=More than $50,000,000

3  Value Method Codes:   Q=Appraisal            R=Cost (real estate only)   S=Assessment            T=Cash/Market
    (See Col. C2)        U=Book value            V=Other                 W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 58. Hong Kong Dollars (this is a negative position in USD) | | None | L | T | Buy | 10-7-08 | K | | |
| | | | | | | 11-23-08 | L | | |
| 59. Humana | | None | J | T | | | | | |
| 60. Hyflux Ltd. | | None | J | T | Buy | 9-22-08 | J | | |
| 61. Ishares Compex Gold Trust Ishares ETF | | None | K | T | Part Sold | 1-9-08 | K | B | |
| 62. Ishares Inc. MSCI Australia Index FD | | None | | | Buy | 4-8-08 | K | | |
| | | | | | Sold | 4-29-08 | K | A | |
| 63. Ishares Inc. MSCI Brazil Index Fund | | None | | | Buy | 10-14-08 | K | | |
| | | | | | Sold | 11-6-08 | K | B | |
| 64. Ishares Inc. MSCI Canada Index FD | | None | | | Buy | 4-10-08 | K | | |
| | | | | | Sold (Short) | 2-29-08 | K | A | |
| 65. Ishares Inc. MSCI Hong Kong FD | | None | K | T | Buy | 4-10-08 | K | | |
| 66. Ishares Inc. MSCI Japan Index FD | | None | | | Buy | 2-19-08 | K | | |
| | | | | | | 4-4-08 | J | | |
| | | | | | | 5-7-08 | J | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| | | | | | | 5-23-08 | K | A | |
| | | | | | | 11-6-08 | K | B | |
| 67. Ishares Inc. MSCI Malaysia Free Index FD | | None | | | Buy | 4-9-08 | J | | |
| | | | | | | 4-22-08 | J | | |
| | | | | | Sold | 5-22-08 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Ishares Inc. MSCI Taiwan Index FD | | None | | | Buy | 2-7-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | | 2-28-08 | K | | |
| | | | | | | 3-3-08 | J | | |
| | | | | | | 3-27-08 | K | | |
| | | | | | | 4-7-08 | K | | |
| | | | | | | 4-22-08 | J | | |
| | | | | | Sold | 3-20-08 | K | A | |
| | | | | | | 5-21-08 | K | B | |
| | | | | | | 5-22-08 | J | A | |
| | | | | | | 5-27-08 | K | | |
| 69. Ishares Silver TR Ishares | | None | L | T | Buy | 1-22-08 | K | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 3-3-08 | K | | |
| | | | | | | 4-2-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 10-15-08 | K | | |
| | | | | | Part Sold | 1-4-08 | J | A | |
| | | | | | | 2-15-08 | K | B | |
| | | | | | | 3-24-08 | K | C | |
| | | | | | | 6-2-08 | K | | |
| 70. Ishares TR Dow Jones US Total MKT Index FD | A | Div. | | | Buy | 1-9-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 71. Ishares Tr FTSE Xinhua HK China 25 Index FD | | None | | | Buy | 4-4-08 | J | | |
| | | | | | | 4-9-08 | J | | |
| | | | | | | 4-21-08 | J | | |
| | | | | | | 5-07-08 | K | | |
| | | | | | | 10-10-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 5-21-08 | K | B | |
| | | | | | | 5-22-08 | K | B | |
| | | | | | | 5-23-08 | K | B | |
| | | | | | | 11-6-08 | K | | |
| 72. JetBlue Awys Corp | | None | | | Sold | 1-2-08 | J | | |
| 73. Jiangsu Expressway | | None | J | T | Buy | 10-7-08 | J | | |
| 74. Kerry Properties | | None | J | T | Buy | 10-29-08 | J | | |
| | | | | | | 11-2-08 | J | | |
| | | | | | | 11-16-08 | J | | |
| 75. Las Vegas Sands Corp. | | None | | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 5-5-08 | J | A | |
| 76. Lianhua Supermarket Holdings | | None | J | T | Buy | 11-24-08 | J | | |
| 77. LSI Logic Corp. | | None | | | Sold | 1-2-08 | J | A | |
| 78. Market Vectors ETF TR Agribusiness | | None | | | Buy | 4-17-08 | J | | |
| | | | | | Sold | 5-2-08 | J | A | |
| 79. Market Vectors ETF TR Coal | | None | | | Buy | 4-17-08 | J | | |
| | | | | | Sold | 5-2-08 | J | A | |
| 80. Market Vectors ETF TR Gold Miners EFT | | None | K | T | Buy | 12-2-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. Market Vectors ETF TR Nuclear Energy ETF | | None | | | Sold | 1-11-08 | K | | |
| 82. Market Vectors Tr Russia ETF | | None | | | Buy | 4-8-08 | J | | |
| | | | | | Sold | 5-23-08 | K | C | |
| 83. Monsanto Co. New | | None | | | Buy | 1-4-08 | J | | |
| | | | | | | 3-24-08 | K | | |
| | | | | | Sold | 1-4-08 | J | | |
| | | | | | | 4-3-08 | K | | |
| 84. Morgan Stanley | A | Div. | | | Buy | 1-8-08 | K | | |
| | | | | | Sold | 1-11-08 | K | A | |
| 85. New Oriental Ed & Technology Group Inc. | | None | | | Buy | 2-7-08 | K | | |
| | | | | | | 3-26-08 | K | | |
| | | | | | | 4-28-08 | J | | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 10-1-08 | J | | |
| | | | | | Sold | 4-17-08 | L | B | |
| | | | | | | 5-22-08 | K | B | |
| | | | | | | 5-23-08 | K | A | |
| | | | | | | 11-6-08 | J | | |
| 86. Northwest Airlines Corp. | | None | | | Buy | 5-2-08 | J | | |
| | | | | | | 5-7-08 | J | | |
| | | | | | Sold | 5-27-08 | J | | |
| 87. Peabody Energy Corp. | | None | | | Buy | 9-10-08 | J | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 11-6-08 | K | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 88. PenGrowth Energy Tr Unit New | B | Div. | | | Buy | 1-31-08 | K | | |
| | | | | | Sold | 6-2-08 | K | D | |
| 89. Penn West Energy Tr Unit | B | Div. | | | Buy | 1-25-08; 1-29-08 | K K | | |
| | | | | | Sold | 5-27-08 6-2-08 | K K | D D | |
| 90. Pershing Government Account (Money Market Fund @ Europacific Capital) (From Part of Fidelity Cash Reserve # 48) | A | Div. | L | T | | | | | |
| 91. Petrobras Energia | | None | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| 92. Petroleo Brasileiro | | None | J | T | Buy | 2-15-08 8-21-08 9-19-08 10-20-08 | J J J J | | |
| | | | | | Part Sold | 2-26-08 11-7-08 | J J | A | |
| 93. Pfizer Inc. | | None | | | Buy | 1-8-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |
| 94. Philip Morris Intl Inc. Com | | None | J | T | Buy | 4-10-08 4-17-08 4-28-08 10-01-08 | K J J K | | |
| | | | | | Part Sold | 5-22-08 6-2-08 | K K | A A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 95. Potash Corp. Sask Inc. | | None | | | Buy | 1-4-08 | J | | |
| | | | | | Sold | 1-4-08 | J | A | |
| 96. Powershares DB Multi Sector Commodity TR Power Shares DB Agric FD Com Unit | | None | L | T | Buy | 1-23-08 | K | | |
| | | | | | | 2-29-08 | K | | |
| | | | | | | 3-28-08 | L | | |
| | | | | | | 4-14-08 | K | | |
| | | | | | | 5-21-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | | 7-25-08 | K | | |
| | | | | | | 7-28-08 | K | | |
| | | | | | Part Sold | 2-14-08 | L | E | |
| | | | | | | 3-25-08 | L | D | |
| | | | | | | 4-3-08 | M | | |
| | | | | | | 4-23-08 | K | A | |
| | | | | | | 6-2-08 | K | | |
| | | | | | | 7-25-08 | K | | |
| 97. Powershares DB US Dlr Index TR Powershares DB US$ Index Bullish FD Com Unit | | None | L | T | Part Sold | 1-4-08 | L | | |
| 98. Powershares Global Exchange Traded FD Tr Global Water Port | | None | | | Buy | 2/15/08 | K | | |
| | | | | | | 2/28/08 | J | | |
| | | | | | | 3-3-08 | J | | |
| | | | | | Sold | 5-27-08 | K | B | |
| | | | | | | 6-2-08 | K | A | |
| 99. Powershares QQQ Tr Unit Serv. | | None | | | Buy | 1-8-08 | K | | |
| | | | | | | 1-9-08 | K | | |
| | | | | | | 10-10-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |
| | | | | | | 1-22-08 | K | | |
| | | | | | | 11-6-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. Precision Drilling Trust | A | Div. | J | T | Buy | 10-7-08 | J | | |
| 101. Procter & Gamble Co. | A | Div. | | | Sold | 1-18-08 | L | | |
| 102. Progen Pharmaceuticals Limited Ordinary Shares IAIN (●) | | None | J | T | | | | | |
| 103. Proshares Tr Ultra DOW 30 Proshares | A | Div. | | | Buy | 3-26-08 | L | | |
| | | | | | | 3-27-08 | K | | |
| | | | | | | 4-29-08 | K | | |
| | | | | | Sold | 3-31-08 | L | A | |
| 104. Proshares Tr Short Dow 30 Proshares | | None | | | Buy | 4-2-08 | L | | |
| | | | | | | 5-27-08 | K | | |
| | | | | | | 5-29-08 | K | | |
| | | | | | Sold | 4-4-08 | L | | |
| | | | | | | 6-2-08 | L | A | |
| 105. Proshares Tr Short Russell 2000 | | None | | | Buy | 4-29-08 | K | | |
| | | | | | | 5-27-08 | K | | |
| | | | | | Sold | 6-2-08 | L | B | |
| 106. Proshares TR Ultra Short 30 FD | | None | | | Buy | 1-9-08 | L | | |
| | | | | | Sold | 1-9-08 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 107. Proshares TR Ultra Short 500 FD | | None | | | Buy | 1-9-08 | L | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-27-08 | K | | |
| | | | | | | 2-26-08 | J | | |
| | | | | | | 4-2-08 | L | | |
| | | | | | | 5-2-08 | K | | |
| | | | | | | 5-27-08 | K | | |
| | | | | | Sold | 1-9-08 | L | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 2-28-08 | J | A | |
| | | | | | | 3-20-08 | K | B | |
| | | | | | | 4-4-08 | L | | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 6-2-08 | L | A | |
| 108. Proshares Tr Ultra Short Consumer Services | | None | | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 6-2-08 | J | | |
| 109. Proshares TR Ultra Short Finls | | None | | | Buy | 2-8-08 | K | | |
| | | | | | | 3-6-08 | K | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | | 4-30-08 | J | | |
| | | | | | | 5-22-08 | J | | |
| | | | | | Sold | 2-28-08 | K | B | |
| | | | | | | 3-20-08 | K | C | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 6-2-08 | J | A | |
| 110. Proshares Tr Ultra Short FTSE Xinhua China 25 Fd | | None | | | Buy | 5-29-08 | J | | |
| | | | | | Sold | 6-2-08 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 111. Proshares Ultrashort Lehman Bros 20 yr Proshares | | None | K | T | Buy | 10-17-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | | 12-2-08 | J | | |
| | | | | | | 12-4-08 | J | | |
| | | | | | | 12-22-08 | J | | |
| 112. Proshares Ultrashort Lehman Bros 7-10 yr Proshares | A | Div. | K | T | Buy | 11-7-08 | J | | |
| | | | | | | 11-28-08 | J | | |
| 113. Proshares Tr Ultra Short Oil & Gas | | None | | | Buy | 5-2-08 | K | | |
| | | | | | | 5-28-08 | K | | |
| | | | | | Sold | 5-7-08 | K | A | |
| | | | | | | 6-2-08 | K | C | |
| 114. Proshares TR Ultra Short Real Estate Proshares | | None | | | Buy | 3-10-08 | K | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | | 5-23-08 | J | | |
| | | | | | | 5-29-08 | J | | |
| | | | | | Sold | 3-20-08 | K | A | |
| | | | | | | 6-2-08 | K | | |
| 115. Proshares Tr Ultrashort Small Cap 600 Proshares | | None | | | Buy | 4-29-08 | K | | |
| | | | | | | 4-30-08 | J | | |
| | | | | | Sold | 5-7-08 | K | | |
| 116. Sector SPDR Tr Shs Ben Int Financial | | None | | | Buy | 10-9-08 | J | | |
| | | | | | | 11-3-08 | J | | |
| | | | | | Sold | 11-6-08 | K | | |
| 117. Sector SPDR TR Shs Ben Int Utilities | | None | | | Sold | 1-28-08 | K | | |
| 118. Shangri-la Asia Ltd. | | None | J | T | Buy | 10-29-08 | J | | |
| 119. Shimao Properties | | None | J | T | Buy | 10-30-08 | J | | |
| | | | | | | 11-16-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 P4=More than $50,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Shuionland | | None | J | T | Buy | 10-30-08 | J | | |
| 121. Sinoenergy Corp. Com New | | None | J | T | Buy | 12-2-08 | J | | |
| 122. S & P 500 Depository Receipt | | None | | | Buy | 10-9-08 | J | | |
| | | | | | Sold | 11-6-08 | J | | |
| 123. Streettracks Gold Tr Gold Shs In May 2008, name changed to SPDR Gold Tr Gold Shs | | None | K | T | Buy | 1-22-08 | K | | |
| | | | | | | 1-25-08 | L | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 2-27-08 | J | | |
| | | | | | | 2-29-08 | J | | |
| | | | | | | 3-3-08 | K | | |
| | | | | | | 4-2-08 | K | | |
| | | | | | | 4-14-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 12-2-08 | K | | |
| | | | | | | 12-4-08 | J | | |
| | | | | | Part Sold | 1-25-08 | L | A | |
| | | | | | | 2-15-08 | K | | |
| | | | | | | 3-24-08 | K | B | |
| | | | | | | 5-2-08 | K | | |
| | | | | | | 6-2-08 | K | | |
| | | | | | | 10-15-08 | L | | |
| 124. Suntech PWR Holdings Co. LTD ADR | | None | | | Buy | 1-9-08 | K | | |
| | | | | | Sold | 1-11-08 | K | | |
| 125. Swedish Expt CR Corp Elements LKD to Rogers Intl. Commodity index Agriculture Total Return | | None | L | T | Part Sold | 3-7-08 | L | D | |
| | | | | | | 3-25-08 | L | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| (A-H) | rent or int.) | (J-P) | Code3 (Q-W) | redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|
| | | | | Buy | 1-25-08 | K | | |
| | | | | | 2-28-08 | J | | |
| | | | | Sold | 3-7-08 | L | D | |
| | | | | | 3-20-08 | K | B | |
| | | | | Buy | 5-7-08 | K | | |
| | | | | Sold | 5-22-08 | K | B | |
| 128. Telik Inc. | None | J | T | | | | | |
| 129. Tesoro Corp Com | None | | | Sold | 1-7-08 | K | | |
| 130. Thai Beverage Public Co. Ltd. | None | J | T | Buy | 9-22-08 | J | | |
| 131. Thai Fd Inc. | None | | | Buy | 4-4-08 | J | | |
| | | | | Buy | 5-7-08 | J | | |
| | | | | Sold | 5-27-08 | K | B | |
| 132. Transocean Inc. (New) Merger on 12-19-08; changed name to Transocean LTD ZUG Namen-AKT ISIN | None | L | T | Buy | 9-09-08 | J | | |
| | | | | | 9-19-08 | J | | |
| 133. Travel Sky Technologies | None | J | T | Buy | 10-7-08 | J | | |
| 134. Tsing Tao | None | J | T | Buy | 10-14-08 | J | | |
| 135. UAL Corp Com New | None | | | Buy | 5-2-08 | J | | |
| | | | | Sold | 5-7-08 | J | A | |
| 136. Unilever N V | None | | | Buy | 1-8-08 | K | | |
| | | | | Sold | 1-11-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Buy | 10-30-08 | K | | |
| | | | | | | 11-16-08 | J | | |
| | | | | | Buy | 1-31-08 | K | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 2-29-08 | J | | |
| | | | | | | 4-10-08 | K | | |
| | | | | | | 4-25-08 | J | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | Sold | 5-2-08 | K | C | |
| | | | | | | 5-27-08 | K | B | |
| | | | | | Buy | 9-12-08 | J | | |
| | | | | | | 11-3-08 | J | | |
| | | | | | Buy | 11-28-08 | J | | |
| 141. | VXV8 (volitility index futures) | | None | | Buy | 10-10-08 | L | | |
| | | | | | Sold (short) | 10-9-08 | K | | |
| 142. | Wells Fargo & Co. New | | None | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | | |
| 143. | Wynn Resorts Ltd. | | None | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 5-5-08 | J | A | |
| 144. | XCZ8 (mini corn futures) | | None | | Buy | 11-11-08 | J | | |
| | | | | | Sold | 11-24-08 | J | | |
| 145. | Yantai North Andre Juice Co. Ltd. | | None | J | T | Buy | 11-21-08 | J | | |
| 146. | Yahoo Inc. | | None | | Buy | 3-31-08 | K | | |
| | | | | | Sold | 4-4-08 | K | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147. Yamana Gold Inc. | A | Div. | | | Buy | 2-6-08 | K | | |
| | | | | | Sold | 1-2-08 | K | B | |
| | | | | | | 3-25-08 | K | A | |
| 148. Yanzhou Coal Mining Sp ADR | | None | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| 149. Zijin Mining (Gold) | | None | J | T | Buy | 10-30-08 | J | | |
| 150. ZC (March 09 corn futures) | | None | K | T | Buy | 11-26-08 | K | | |
| 151. ZW (December 08 wheat futures) | | None | | | Buy | 9-26-08 | K | | |
| | | | | | | 10-20-08 | K | | |
| | | | | | Sold | 11-24-08 | L | | |
| 152. ZW (March 09 wheat futures) | | None | K | T | Buy | 11-26-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | May 12, 2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ▮ ▮ O CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544